1
2
3
4
5
6

**JESSE S. KAPLAN   CSB#103726**
**5441 Fair Oaks Bl. Ste. C-1**
**Carmichael, CA   95608**
**916/488-3030**
**916/489-9297 fax**

**Attorney for Plaintiff**
**R.H.W. o/b/o K.W.**

7
8
9
10
11

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

-o0O0o-

12
13
14
15
16
17
18
19
20
21

| **R.H.W. on behalf of K.W.,** | No.   2:23-CV-01341-DMC |
|---|---|
| Plaintiff, | |
| | **STIPULATION AND ORDER FOR EXTENSION OF TIME TO FILE PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT** |
| v. | |
| **Kilolo Kijakazi, ACTING COMMISSIONER OF SOCIAL SECURITY,** | |
| Defendant. | |
| _____/ | |

22
23
24

   IT IS HEREBY STIPULATED by and between the parties, through their respective undersigned attorneys, and with the permission of the Court, that plaintiff's time to file a motion for summary judgment is extended to October 27, 2023.

25
26
27

   This is a first extension for anyone, the complaint was filed only three months ago, and the extension is of only 15 days from today. Along with other work, plaintiff's counsel had six hearings

28

[Pleading Title] - 1

in Social Security cases scheduled in October, all before October 19, and most requiring prehearing briefs, which typically take a minimum of three hours to draft.

Dated:   September 19, 2023                                   /s/    *Jesse S. Kaplan*
                                                              JESSE S. KAPLAN
                                                              Attorney for Plaintiff


Dated:   September 19, 2023                                    /s/ per e-mail authorization
                                                              SATHYA OUM
                                                              Special Assistant U.S. Attorney
                                                              Attorney for Defendant

## ORDER

For good cause shown on the basis of this stipulation, the requested extension of plaintiff's time to file plaintiff's motion for summary judgment is extended to October 27, 2023.

SO ORDERED.

Dated:  October 13, 2023

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

[Pleading Title] - 2