PHILLIP A. TALBERT
United States Attorney
MATHEW W. PILE, WSBN 32245
Associate General Counsel
Office of Program Litigation, Office 7
Social Security Administration
ERIN A. JURRENS, MO 61402
Special Assistant United States Attorney
    Office of the General Counsel
    Social Security Administration
    6401 Security Boulevard
    Baltimore, MD 21235
    Telephone: (877) 833-2445
    E-Mail: Erin.Jurrens@ssa.gov
Attorneys for Defendant

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROSIE M. W. on behalf of K.W.,<br><br>    Plaintiff,<br><br>vs.<br><br>KILOLO KIJAKAZI,<br>Acting Commissioner of Social Security,<br><br>    Defendant. | Case No.: 2:23-cv-01341-DMC<br><br>STIPULATION AND ORDER FOR AN EXTENSION OF TIME |

    Pending the Court's approval, IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that the time for Defendant to respond to Plaintiff's Motion for Summary Judgment be extended sixty (60) days from November 27, 2023, up to and including January 29, 2024.  This is the Defendant's first request for an extension.

    Defendant requests this extension in order to further consider the nearly 800 page administrative record in light of the issues raised in Plaintiff's motion.  The undersigned has a number of competing deadlines in cases pending in this district and other districts.  Additionally, the undersigned will be out of the office from December 18, 2023, through January 15, 2023.

    The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

Respectfully submitted,

Dated: November 27, 2023　　　　/s/ *Jesse S. Kaplan**
　　　　　　　　　　　　　　　　(*as authorized via e-mail on November 27, 2023)
　　　　　　　　　　　　　　　　JESSE S. KAPLAN
　　　　　　　　　　　　　　　　Attorney for Plaintiff

Dated: November 27, 2023　　　　PHILLIP A. TALBERT
　　　　　　　　　　　　　　　　United States Attorney
　　　　　　　　　　　　　　　　MATHEW W. PILE
　　　　　　　　　　　　　　　　Associate General Counsel
　　　　　　　　　　　　　　　　Social Security Administration

　　　　　　　　　　　　　By:　/s/ *Erin A. Jurrens*
　　　　　　　　　　　　　　　　ERIN A. JURRENS
　　　　　　　　　　　　　　　　Special Assistant U.S. Attorney

　　　　　　　　　　　　　　　　Attorneys for Defendant

**ORDER**

Pursuant to the parties' stipulation, IT IS SO ORDERED that Defendant shall have an extension, up to and including January 29, 2024, to respond to Plaintiff's Motion for Summary Judgment.

Dated:　November 27, 2023

DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE