**JESSE S. KAPLAN    CSB#103726**
**5441 Fair Oaks Bl. Ste. C-1**
**Carmichael, CA   95608**
**916/488-3030**
**916/489-9297 fax**

**Attorney for Plaintiff**
**R.H.W. o/b/o K.W.**

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

-o0O0o-

| | |
|---|---|
| **R.H.W. on behalf of K.W.,** | No.   2:23-CV-01341-DMC |
| **Plaintiff,** | |
| | **STIPULATION AND ORDER FOR EXTENSION OF TIME TO FILE PLAINTIFF'S REPLY BRIEF** |
| **v.** | |
| **Martin O'Malley,** **COMMISSIONER OF SOCIAL SECURITY,** | |
| **Defendant.** _____/ | |

IT IS HEREBY STIPULATED by and between the parties, through their respective undersigned attorneys, and with the permission of the Court, that plaintiff's time to file a reply brief is extended by 30 days to March 13, 2024.

This is a first extension regarding this reply brief. Along with other work, plaintiff's counsel must file two opening briefs in the Ninth Circuit and recently filed a third, and the cross-motion to which plaintiff must reply in this case is 39 pages.

[Pleading Title] - 1

Dated:   February 9, 2024                                      /s/    *Jesse S. Kaplan*
                                                                JESSE S. KAPLAN
                                                                Attorney for Plaintiff

Dated:   February 12, 2024                                     */s/ per e-mail authorization*
                                                                MICHELLE A. PAVELEK
                                                                Special Assistant U.S. Attorney
                                                                Attorney for Defendant

## **ORDER**

For good cause shown on the basis of this stipulation, the requested extension of plaintiff's time to file plaintiff's reply brief is extended to March 13, 2024.

SO ORDERED.

Dated: February 14, 2024

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE