1

**JESSE S. KAPLAN    CSB#103726**
2
**5441 Fair Oaks Bl. Ste. C-1**
**Carmichael, CA   95608**
3
**916/488-3030**
**916/489-9297 fax**
4

**Attorney for Plaintiff**
5
**R.H.W. o/b/o K.W.**
6

7

8                    **UNITED STATES DISTRICT COURT**

9                    **EASTERN DISTRICT OF CALIFORNIA**

10                               **-o0O0o-**

11

12 **R.H.W. on behalf of K.W.,**                    **No.   2:23-CV-01341-DMC**

13               **Plaintiff,**

14                                                  **STIPULATION AND ORDER**
                                                    **FOR EXTENSION OF TIME TO**
15                                                  **FILE PLAINTIFF'S**
                                                    **MOTION FOR SUMMARY**
16                                                  **JUDGMENT**

17        **v.**

18 **Kilolo Kijakazi, ACTING**
**COMMISSIONER OF SOCIAL SECURITY,**
19

20               **Defendant.**
_____/
21

22        IT IS HEREBY STIPULATED by and between the parties, through their respective

23 undersigned attorneys, and with the permission of the Court, that plaintiff's time to file a reply

24 brief be extended an additional two days, to March15, 2024

25        This is a second extension, but of only two days, to the due-date of this reply brief and is

26 requested for essentially the same reasons as before: plaintiff's lawyer has just finished filing the

27 third in a series of opening briefs with the Ninth Circuit; defendant's cross-motion is 39 pages in

28

total; then, additionally, the undersigned has three hearings in these cases the week of March 11—15 for which prehearing briefs had to be written in two of them on Thursday and Friday of the week before.


Dated:   March 10, 2024                                    /s/    *Jesse S. Kaplan*
                                                           JESSE S. KAPLAN
                                                           Attorney for Plaintiff



Dated:   March 11, 2024                                     */s/ per e-mail authorization*

                                                           MICHELLE A. PAVELEK
                                                           Special Assistant U.S. Attorney
                                                           Attorney for Defendant




# **ORDER**

        For good cause shown on the basis of this stipulation, the requested extension of plaintiff's time to file plaintiff' reply brief is extended to March 15, 2024.

        SO ORDERED.

Dated:  March 12, 2024

                                          _____
                                          DENNIS M. COTA
                                          UNITED STATES MAGISTRATE JUDGE