# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| K.W., Rosie Herbert Willis on behalf of,<br><br>           Plaintiff,<br><br>      v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>           Defendant. | No.  2:23-CV-1341-DMC<br><br><br><br>ORDER |

Plaintiff, who is proceeding with retained counsel, brings this action for judicial review of a final decision of the Commissioner of Social Security under 42 U.S.C. § 405(g).

A review of the docket reflects that all parties have not notified the Court regarding consent to proceed before a Magistrate Judge.  Pursuant to the Court's scheduling order and Eastern District of California Local Rules, Appendix A, the time to do so has now expired. Any party who has not already notified the Court regarding consent shall do so within 30 days of the date of this order or show cause why sanctions should not be imposed. The Clerk of the Court is directed to serve on all parties a copy of the Court's form entitled "Consent to Assignment or Request for Reassignment."

/ / /

/ / /

The filing of a consent election form within the time provided herein shall constitute an adequate response to this order to show cause, which will be discharged upon such filing.

IT IS SO ORDERED.

Dated: March 19, 2024

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE